U.S. DISTRICT COURT
DISTRICT OF MAINE
PORTLAND
RECEIVED & FILED

NOV 19 2025

ERIC M. STORMS, CLERK

BY_____
DEPUTY CLERK

UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>GREGORY KELLY | No. 2:25-cr-00179-LEW |

## INDICTMENT

The Grand Jury charges:

### COUNT ONE
### (Transmitting Threatening Interstate Communication)

On about September 25, 2022, in the District of Maine, the defendant,

**GREGORY KELLY,**

knowingly and willfully transmitted in interstate commerce a communication containing a threat to injure the person of another. Specifically, **KELLY** sent a text message threatening injury to Victim 1 and Victim 2.

In violation of Title 18, United States Code, Section 875(c).

### COUNT TWO
### (Transmitting Threatening Communication with Intent to Extort)

On about September 25, 2022, in the District of Maine, the defendant,

**GREGORY KELLY,**

knowingly and with intent to extort money from Victim 1 and Victim 2, transmitted in interstate commerce a communication containing a threat to injure Victim 1 and Victim 2. Specifically, **KELLY** sent a text message threatening injury to Victim 1 and Victim 2 if he did not receive money that he claimed was owed to him.

In violation of Title 18, United States Code, Section 875(b).

_____
ASSISTANT UNITED STATES ATTORNEY

Signature Redacted – Original on file with the Clerk's Office

DATED: 11/19/25